CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**From:** James Quinn
**Sent:** Thursday, March 22, 2007 10:20 PM
**To:** Joseph Crowell
**Cc:** Dwight Range
**Subject:** RE: Monthly Invoice

Will do Joe. I will use what I do for travel and include the consultancy fee on that.

-----Original Message-----
From: Joseph Crowell
Sent: Thu 3/22/2007 12:03 PM
To: James Quinn
Cc: Dwight Range
Subject: Monthly Invoice

Dear Dr. Quinn,

We mailed check #1858 in the amount of $4,000 to your Dedalera Drive address yesterday. If you would not mind, would you please change the attached invoice dates or develop an invoice of your own each month and email it to us each month.

Best Regards,
Joe



EXHIBIT 9

007941