# Ashley Watkins

**From:** James Quinn
**Sent:** Thursday, April 05, 2007 2:10 AM
**To:** Joseph Crowell
**Subject:** Dr. Quinn's Invoice
**Attachments:** quinnexp4_4_07.pdf

Hi Joe,

Here is the consulting invoice and travel expenses for my recent trip.

Thanks for looking after this before you leave.

Sorry to see you leave, but I wish you all the best in your future endeavors.

Best regards,

Jim



EXHIBIT 10

# Expense Reimbursement Claim Form

| Consultant | James Quinn MD MS | Client: | Chemence | Office Use Only: |
|---|---|---|---|---|
| | | | | Audited: |
| Date Submitted: | 4/4/2007 | Project: | | Approved: |
| | | | | Processed: |

**Mls/Km Rate**
0.29

| Date | Country | Currency Amount | Exchange Rate | US Dollar Amount | Expense Type | Note: Description of Expense Claim |
|---|---|---|---|---|---|---|
| 4/4/2007 | United States | 632.81 | 1.00 | $632.81 | Airfare | Atlanta Meeting with Chemence |
| | United States | 160.00 | 1.00 | $160.00 | Airport Trans | |
| | United States | | | $145.77 | Hotel | |
| | United States | 155.67 | 1.00 | $155.67 | Car Rental | |
| | | | | | Total Travel | $1,094.25 |
| 4/4/2007 | | | | $4,000.00 | March Consulting | |

| | | | | Page Total | $5,094.25 | |

Signature: _____
(REQUIRED)

Approval: _____
(FOR ADMIN. PERSONNEL ONLY)

# Ashley Watkins

**From:** James Quinn
**Sent:** Tuesday, May 01, 2007 5:58 PM
**To:** Bill Matthews
**Cc:** Joe F. Rach
**Subject:** Monthly Invoice and Travel
**Attachments:** quinn5_1_2007.pdf

Hi Bill,

Thought I would forward this to you now that Joe Crowell is gone. Let me know if they should go to someone else.

Best regards,

Jim



# Travel Expense Reimbursement Claim Form

| Consultant | James Quinn MD MS | Client: | Chemence | Office Use Only: |
|---|---|---|---|---|
| | | | | Audited: |
| Date Submitted: | 5/1/2007 | Project: | | Approved: |
| | | | | Processed: |

**Mls/Km Rate:** 0.29

| Date | Country | Currency Amount | Exchange Rate | US Dollar Amount | Expense Type | Note: Description of Expense Claim |
|---|---|---|---|---|---|---|
| 4/25/2007 | United States | 562.80 | 1.00 | $562.80 | Airfare | Atlanta Meeting with Tyco |
| | United States | 164.00 | 1.00 | $164.00 | Air Port Transfers | |
| | United States | 157.07 | 1.00 | 157.07 | Hotel | |
| | United States | 139.39 | 1.00 | $139.39 | Car Rental | |
| | | | | $4,000.00 | | April Consulting |

**Page Total:** $5,023.26

Signature: _____
(REQUIRED)

Approval: _____
(FOR ADMIN. PERSONNEL ONLY)

# Ashley Watkins

**From:** James Quinn
**Sent:** Friday, June 29, 2007 2:50 PM
**To:** Bill Matthews
**Subject:** Monthly Invoices
**Attachments:** May07.pdf; june07.pdf

Hi Bill,

Sorry for getting you May's late. I have also attached June's.

Best,

Jim



1

# Expense Reimbursement/Invoice Claim Form

| Consultant | James Quinn MD MS | Client: | Chemence | Office Use Only: |
|---|---|---|---|---|
| | | | | Audited: |
| Date Submitted: | 6/29/2007 | Project: | | Approved: |
| | | | | Processed: |

**Mls/Km Rate** 0.29

| Date | Country | Currency Amount | Exchange Rate | US Dollar Amount | Expense Type | Note: Description of Expense Claim |
|---|---|---|---|---|---|---|
| | United States | | 1.00 | | Airfare | Atlanta Meeting with Chemence |
| | United States | | 1.00 | | Parking | |
| | United States | | 1.00 | | Hotel | |
| | United States | | 1.00 | | Car Rental | |
| | | | | | | |
| | | | | $4,000.00 | | May Consulting |

**Page Total** $4,000.00

Signature: _____
(REQUIRED)

Approval: _____
(FOR ADMIN. PERSONNEL ONLY)

# Expense Reimbursement/Invoice Claim Form

| Consultant | James Quinn MD MS | Client: Chemence | Office Use Only: |
| --- | --- | --- | --- |
| | | | Audited: |
| Date Submitted: | 6/29/2007 | Project: | Approved: |
| | | | Processed: |

**Mls/Km Rate**
0.29

| Date | Country | Currency Amount | Exchange Rate | US Dollar Amount | Expense Type | Note: Description of Expense Claim |
| --- | --- | --- | --- | --- | --- | --- |
| | United States | | 1.00 | | Airfare | Atlanta Meeting with Chemence |
| | United States | | 1.00 | | Parking | |
| | United States | | 1.00 | | Hotel | |
| | United States | | 1.00 | | Car Rental | |
| | | | | | | |
| | | | | $4,000.00 | | June Consulting |
| | | | | | | |
| | | | Page Total | $4,000.00 | | |

Signature: _____
*(REQUIRED)*

Approval: _____
*(FOR ADMIN. PERSONNEL ONLY)*

# Ashley Watkins

**From:** James Quinn
**Sent:** Tuesday, July 24, 2007 8:39 PM
**To:** Joe F. Rach
**Cc:** Bill Matthews
**Subject:** FW: Monthly Invoices
**Attachments:** May07.pdf; june07.pdf

Hi Joe,

A few months behind. Can you look into it?

> -----Original Message-----
> From: James Quinn
> Sent: Fri 6/29/2007 11:50 AM
> To: Bill Matthews
> Cc:
> Subject: Monthly Invoices
>
> Hi Bill,
>
> Sorry for getting you May's late. I have also attached June's.
>
> Best,
>
> Jim



# Expense Reimbursement/Invoice Claim Form

| Consultant | James Quinn MD MS | Client: | Chemence | Office Use Only: |
|---|---|---|---|---|
| | | | | Audited: |
| Date Submitted: | 6/29/2007 | Project: | | Approved: |
| | | | | Processed: |

**Mls/Km Rate**
0.29

| Date | Country | Currency Amount | Exchange Rate | US Dollar Amount | Expense Type | Note: Description of Expense Claim |
|---|---|---|---|---|---|---|
| | United States | | 1.00 | | Airfare | Atlanta Meeting with Chemence |
| | United States | | 1.00 | | Parking | |
| | United States | | 1.00 | | Hotel | |
| | United States | | 1.00 | | Car Rental | |
| | | | | | | |
| | | | | $4,000.00 | | May Consulting |
| | | | Page Total | $4,000.00 | | |

Signature: _____
(REQUIRED)

Approval: _____
(FOR ADMIN. PERSONNEL ONLY)

# Expense Reimbursement/Invoice Claim Form

| Consultant | James Quinn MD MS | Client: Chemence | Office Use Only: |
| --- | --- | --- | --- |
| | | | Audited: |
| Date Submitted: | 6/29/2007 | Project: | Approved: |
| | | | Processed: |

**Mls/Km Rate:** 0.29

| Date | Country | Currency Amount | Exchange Rate | US Dollar Amount | Expense Type | Note: Description of Expense Claim |
| --- | --- | --- | --- | --- | --- | --- |
| | United States | | 1.00 | | Airfare | Atlanta Meeting with Chemence |
| | United States | | 1.00 | | Parking | |
| | United States | | 1.00 | | Hotel | |
| | United States | | 1.00 | | Car Rental | |
| | | | | $4,000.00 | | June Consulting |

**Page Total:** $4,000.00

Signature: _____
(REQUIRED)

Approval: _____
(FOR ADMIN. PERSONNEL ONLY)