

# Professional Document
### S E R V I C E S

1600 Northside Dr. NW, Suite 175
Atlanta, GA 30318
Phone: 404-351-5542   Fax: 404-351-6033
Derrick@ProDocServ.com
PDS of Georgia, LLC  (Tax ID# 26-4327170)

# Invoice

Invoice #:  69258
Return Date: 11/3/2014

**Bill To:**

Meriwether & Tharp
11475 Great Oaks Way
Suite 125
Alpharetta, GA 30022

**Ship To:**

Meriwether & Tharp
11475 Great Oaks Way
Suite 125
Alpharetta, GA 30022

Attention:

Terms:   Net 30

## Thank you Jani!!

| Description | Quantity | Unit Price | Total |
|---|---|---|---|
| Adjust each Excel file to fit on letter, legal or 11" x 17" and print two copies of each. | 8,500 | 0.42 | 3,570.00 |
| Print large Excel files on rolls of poster paper (1699 sq ft) | 1,699 | 0.85 | 1,444.15 |
| RE: Client Matter - Chemence v. Quinn | | | |

*YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN 30 DAYS. INTEREST AT THE RATE OF 1.5% WILL BE CHARGED ON INVOICES NOT PAID IN 30 DAYS. CUSTOMER AGREES TO PAY PROFESSIONAL DOCUMENT SERVICES FOR ALL LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS, INCLUDING COLLECTION AGENCY FEES, ATTORNEY FEES AND COURT COSTS.*

Sales Tax: (7.0%)     $0.00

**Total:**     **$5,014.15**


Received and approved by             Date


EXHIBIT 8

**$40 Minimum on All Orders**

Hazen Final Mile
**EXECUTIVE COURIER & LOGISTICS**
27050 WICK RD
TAYLOR, MI 48180

Ph 404-249-9000  Fx 404-249-6620

Preparation Date: 11/15/14
From Date: 11/02/14
To   Date: 11/15/14

Client Code: MERTHA
Invoice Number: 224303
Page Number: 0001

Terms: NET 10 DAYS

Billing Inquiries
404-685-1344

MERIWETHER & THARP
11475 GREAT OAKS WAY  125
ALPHARETTA      GA  30022-

| Job # / Date / Charge To | Caller Ref # | Pick-Up From | Deliver To | Base Charge | Surcharges | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 2691-569t 11/06/14 | TAMMY | MERIWETHER & THARP 11475 GREAT OAKS WAY ALPHARETTA GA 30022 | FREEMAN MATHIS GARY 100 GALLERIA PKWY SE ATLANTA GA 30339 | 185.14 T2 | 112.50 W2  185.14 RD  100.00 W2 | 582.78 |
| 2693-037 11/07/14 | TAMMY | FREEMAN MATHIS GARY 220 HOSPITAL RD CANTON GA 30114 | MERIWETHER & THARP 11475 GREAT OAKS WAY ALPHARETTA GA 30022 | 130.14 T2 | | 130.14 |
| | | Subtotal for Reference Number: | | ----> | 712.92 | |

*Due from Freeman Mathis: $527.78*

Client Code: MERTHA
Invoice No.: 224303

Invoice Total: 712.92

CHARGE DESCRIPTIONS

SD - Same Day Service  EC - Economy Service    RS - Regular Service    RU - Rush Service    DD - Direct Rush Service
WT - Waiting Time (Courier)                    AS - Additional Stop                         XW - Extra Weight (Courier)
BA - Bad Address                               OC - Out of Town                             RD - Redelivery/Return
T2 thru T8 - Truck/Tractor                     W2 thru W8 - Truck/Driver Waiting Time       MI/MS - Miscellaneous

## Global Legal Discovery, LLC

1330 Spring Street
Suite 100
Atlanta, GA 30309
Phone : 404-835-0060
Fax : 404-835-0067
Fed. ID No. : 26-2799748

# INVOICE

Invoice Number: 837030

Invoice Date: 11/04/2014

**Bill To:**
Meriwether & Tharp, LLC
11475 Great Oaks Way
Suite 125
Alpharetta, GA 30022
Joann Williams

**Ship To:**
Meriwether & Tharp, LLC
11475 Great Oaks Way
Suite 125
Alpharetta, GA 30022

| | | | |
|---|---|---|---|
| Customer ID | 36451 | Job No. | 00006482 |
| Terms | Net 30 Days | ESI Project No. | 510_001_001 |
| Sales Rep | GLD HSE | Client / Matter No. | 1482-3 Chemence v Quinn |
| Sales Rep 2 | | | |
| P.O. Number | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 27,976 | Scanning C work - Med. Lit | 0.14 | 3,916.64 |
| 11,989 | Scanning E work - Glass work | 0.23 | 2,757.47 |
| 39,965 | E-label | 0.01 | 399.65 |
| 39,965 | OCR | 0.01 | 399.65 |
| 39,965 | Blowbacks | 0.08 | 3,197.20 |
| 1 | DVD Master | 25.00 | 25.00 |

Thank you for choosing Global Legal Discovery. Past due invoices are subject to 1.5% interest per month.
Ve retain client data for 90 days. After 90 days, data is archived and charges may apply. After 180 days, data is unrecoverable.
Contact your rep for info on data archiving options. By signing or e-confirming this invoice, you agree to terms and conditions.

| | |
|---|---|
| Subtotal: | 10,695.61 |
| Total Sales Tax: | 225.55 |
| Total: | 10,921.16 |

Accepted By: _____

**Remit To:** Global Legal Discovery
P.O. Box 936158
Atlanta, GA 31193-6158

```
MAIL PAYMENTS TO:              CHARGED BY:
STAPLES                        MERIWETHER AND THARP LLP
P.O.BOX  689020                11475 GREAT OAK
DES MOINES       IA 50368-9020 STE 125
                               11475 GREAT OAKS WAY
                               ALPHARETTA        GA 30022-2485
MAKE CHECKS PAYABLE TO:        STAPLES
   PLEASE INCLUDE ACCOUNT NUMBER ON CHECK TO ENSURE PROPER PROCESSING


ACCOUNT NO         : ************3016
P.O. NO            :
INVOICE NO         : 28358
INVOICE DATE       : 10/28/14

INVOICE AMT        :    4,098.10
CHARGED AMT        :    4,098.10   <== AMOUNT YOU PAY


-----------------------------------------------------------------
DESCRIPTION        S.K.U.    QUANTITY       PRICE     EXTENSION
-----------------------------------------------------------------

SPP SPEC ORDER FREIGH 411930       1 EA      150.00       150.00
200001-250000 BW STD  893002       1 EA    4,600.00     4,600.00
   CUSTUMER BASED PRI 893002       1 EA      230.00-      230.00-
   TAXABLE MEMBER SAL 893002       1 EA      690.00-      690.00-

                                SUBTOTAL:              3,830.00
                                TAX:                     268.10
                                SHIPPING:                  0.00
                                -----------------------------------
                                INVOICE TOTAL:         4,098.10


                                DIRECT INQUIRIES TO
                                SERVICE REP:    1-800-767-1291
                                FAX:
```