applications. In: Dumitriu
ed rev. New York: Marcel

Wound closure biomaterials
; 1997.

New York: Medical Exam-

Hamilton (ON): BC Decker

[editorial]. JAMA 1997;

ker TH. Chemistry and per-
Plast Eng J 1959;15:413–7.

rison of octylcyanoacrylate
r lacerations and incisions.

ance for industry and FDA
pical approximation of skin
MAs), February 13, 2004.
h/ode/guidance/1233.html

nce for industry, contents of
y 27, 1998. Available at:
ccessed July 27, 1998).

l. Nontoxic embolic liquids
ations. J Biomed Mater Res

rent status of cyanoacrylate
Term EFF Med Implant

rd F. The in vivo metabolic
late) via thiocyanate. J Bio-

The degradation of n-butyl
Surgery 1968;63:481–9.

y (methyl 2-cyanoacrylates).

, et al. The degradation of
1965;58:424.

# 3 Clinical Approaches to the Use of Cyanoacrylate Tissue Adhesives

*JAMES V. QUINN, MD, MS*

Cyanoacrylate adhesives were first synthesized in 1949.[1] They have tremendous tensile strength and have enjoyed great success as commercial "superglues."

In the 1950s and 1960s, cyanoacrylate adhesives were used to close wounds and bond other human tissue. When implanted, it was evident that the short-chain monomers used were histotoxic, demonstrating acute and chronic inflammatory reactions primarily as the result of foreign-body reactions.[2] These foreign-body reactions have been noted to be greater when the implantation of material was in an area of high vascularity.[3] It was found that rapidly polymerizing and degrading short-chain monomers caused histotoxicity secondary to the heat of polymerization and the high concentration of breakdown products.

Over time, it was determined that long-chain polymers could be used topically to hold wounds together without any significant toxicity.[4] Degradation was slower with the long-chain monomers, and they sloughed off before any significant degradation or toxicity occurred. However, much about cyanoacrylate adhesives remained a mystery; their medical applications were poorly studied, and the Food and Drug Administration (FDA) in the United States was slow and hesitant to approve these substances. During the 1970s and 1980s, they became popular choices for treating wounds in Europe, Israel, the Far East, and Canada.[5-7] In these countries, they demonstrated a history of safety for more than 25 years before the FDA approved the

first product for topical use in 1998 and a second product in 2002.

With the recent approvals by the FDA, manufacturers of medical devices now have the incentive to innovate cyanoacrylate formulations, applicators, and application techniques to optimize the medical applications for these adhesives. As a result, numerous other formulations have been approved or are pending approval from the FDA for numerous indications.

# CHEMICAL STRUCTURE AND PHYSICAL PROPERTIES

Over the last few years, more and more cyanoacrylate products have become available to health care professionals, and this number will continue to increase over the next few years. To select and properly use the right cyanoacrylate adhesive for the appropriate clinical situation, it is important to understand how the different formulations work and how their properties separate them from other formulations and make them optimal for a particular indication. Although all cyanoacrylates arise from the same basic structure, subtle variations can dramatically change the properties of the compounds.[2,8] By incorporating other materials, such as viscosifying agents, plasticizers, and initiators, the indications and contraindications for each monomer and formulation can vary tremendously with small changes in the chemical structure or additions to the formulation.

# CHEMISTRY OF THE MONOMER

The basic chemical structure is consistent for the family of cyanoacrylate adhesives, but the alkyl or carbon side chain has an important impact on the properties and eventual performance of the adhesive (Figure 3–1).

In general, the shorter the alkyl side chain, the more branches off the side chain, or the more oxygen molecules incorporated into the alkyl chain (eg, methyl, ethyl, methoxyl), the more reactive the compound. A highly reactive compound will set fast and be extremely strong. However, this strength does not always equate to a stronger bond because short-chain monomers tend to form tight, brittle bonds, which can fracture easily. Also, short-chain monomers, when exposed

nd product in 2002.

facturers of medical
anoacrylate formula-
to optimize the med-
, numerous other for-
g approval from the

## PHYSICAL

crylate products have
and this number will
To select and properly
ppropriate clinical sit-
different formulations
from other formula-
indication. Although
tructure, subtle varia-
the compounds.[2,8] By
ying agents, plasticiz-
aindications for each
sly with small changes
ormulation.

## MER

r the family of cyano-
e chain has an impor-
formance of the adhe-

more branches off the
rporated into the alkyl
eactive the compound.
be extremely strong.
te to a stronger bond
tight, brittle bonds,
nomers, when exposed

$$CH_2 = C \underset{COOR}{\overset{CN}{\diagup}}$$

(Cyanoacrylate monomer)

If R = CH$_3$ → Methyl-2-cyanoacrylate
R = C$_2$H$_5$ → Ethyl-2-cyanoacrylate
R = C$_4$H$_9$ → Butyl-2-cyanoacrylate
R = CH$_3$CH(CH$_3$)$_2$ → Isobutyl-2-cyanoacrylate
R = C$_8$H$_{17}$ → Octyl-2-cyanoacrylate

■ FIGURE 3–1   Basic chemical structure of the cyanoacrylate adhesives.

to certain tissue (moist or alkaline), will result in rapid polymeriza-
tion and can cause significant heat during polymerization.[9,10] Short-
chain monomers also degrade faster. The faster a compound
degrades, the greater the amount of breakdown products (formalde-
hyde and cyanoacetate). In large quantities, these breakdown prod-
ucts can be histotoxic.[11] Formaldehyde and cyanoacetate have the
potential to be cytotoxic, cause inflammatory reactions, and impair
wound healing. However. in general, even the short-chain monomers,
if used topically, degrade slowly enough that breakdown products
are minimal before they slough off.

Longer-chain monomers, particularly four-carbon chain and longer,
have been found to be optimal for clinical uses. The polymer degrades
by hydrolysis, and the longer the alkyl chain, the more hydrophobic
the polymer becomes. The alkyl chain of the octyl polymer is so long
and hydrophobic that it can take years to degrade.[12,13] The degrada-
tion products from the longer-chain compounds are barely detectable
on extraction studies. Thus, it is not surprising that the longer-chain
monomers have passed International Standards Organization (ISO)
standards for a nontoxic topical medical device. The low reactivity of
these compounds also is accompanied by a slow polymerization
process, resulting in longer setting times. In some clinical settings (top-
ical wound closure), longer-chain compounds such as octylcyanoacry-
late need an accelerator to polymerize in a clinically useful time period.
This is particularly true if the formulation has had stabilizers added to
it to improve stability during sterilization and to improve shelf life.
Thus, it is not uncommon to have formulations of the same alkyl side
chain length that have markedly different setting times.

The length and structure of the alkyl side chain also impart other
important physical properties to the monomer, such as flexibility. In
general, the longer or more complex (eg, octyl, methoxypropyl) the
side chain, the more flexible the monomer. Physical properties

become very important when one is considering the indication for the adhesive. For example, when used for topical wound closure, increased flexibility helps prevent premature sloughing of the adhesive by combating the shear forces on the interface between the adhesive and the skin (Figures 3–2 and 3–3).

## Monomers and Formulations

Some products contain only a monomer. The monomer polymerizes to give the adhesive strength, but other components can be added to the monomer to produce a formulation with desired properties for the intended application. These components, despite not contributing to the polymer strength, can improve clinical tensile strength by improving flexibility, viscosity, and setting times. For example, octyl-cyanoacrylate polymerizes far too slowly on its own, so an accelera-



**FIGURE 3–2**   *A* and *B*, The adhesive usually sloughs off with the outermost layer of the epithelium, the stratum corneum, at 7 to 14 days. Dynamic forces cause a shearing effect, which can lead to premature sloughing.

Case 1:11-cv-01366-CAP    Document 561-2    Filed 02/08/16    Page 5 of 51

ring the indication for
opical wound closure,
sloughing of the adhe-
rface between the adhe-

**TIONS**

monomer polymerizes
onents can be added to
desired properties for
, despite not contribut-
nical tensile strength by
nes. For example, octyl-
its own, so an accelera-



■ **FIGURE 3–3**    Guinea pig wound demonstrating flexibility. The octyl-cyanoacrylate formulation Dermabond has unique flexible properties that improve its tensile strength.

tor has been added to the tip of the Dermabond applicator so that the flexible properties of the monomer can be taken advantage of. The monomer becomes activated as it moves through the pores of the tip to give a desired setting time and provide a flexible topical wound closure. Similarly, when the material is too runny, adding a viscosifying agent can thicken it. Commercial superglues often use silica to form a gel. Recently, medical products have tended to viscosify the monomer by dissolving polymer back into the monomer. By incorporating flexible viscosifying agents and adding nontoxic plasticizers, one can use shorter-chain cyanoacrylate monomers in formulations and overcome their brittleness. Thus, in some instances, a formulated butyl or hexyl monomer may become as flexible as an octyl monomer yet, because of their faster polymerization qualities, would not need an accelerator.



sloughs off with the out-
orneum, at 7 to 14 days.
h can lead to premature

# SYNTHESIS

Cyanoacrylate adhesives are formed by combining formaldehyde and cyanoacetate in the presence of a base to form a low-molecular-weight polymer. When placed in a vacuum with heat, it becomes a liquid monomer (Figure 3–4). As manufacturing methods have become more sophisticated, it is now possible to produce a single pure monomer with few by-products. This is important when trying to produce a compound with reproducible properties and consistent performance.

# POLYMERIZATION

The cyanoacrylate monomer will start to polymerize in the presence of basic substances, namely those with hydroxyl ions, such as skin moisture, water, and blood, thus bonding with skin. The process is an exothermic reaction, giving off heat in the process (Figure 3–5A). The amount of heat generated is directly related to the speed of polymerization and the amount of adhesive. The speed of polymerization is, in turn, affected by the amount of free hydroxyl ions present, the chemical structure of the cyanoacrylate adhesive, and additives such as viscosifying agents and stabilizers. The cyanoacrylate monomer consists of three parts: the cyano group, the alkyl group, and the acrylate group (Figure 3–5B). The ethylene part of the acrylate group is responsible for the polymerization. The cyano and distal alkyl portions of the alkyl-acrylate compound are highly electronegative; they polarize the carbons in the ethylene group. In the presence of a weak base, these polarized ethylene groups begin to polymerize.

**FIGURE 3–4**  Synthesis of the cyanoacrylate monomer.

formaldehyde and
a low-molecular-
heat, it becomes a
ing methods have
o produce a single
ortant when trying
rties and consistent

A: Cyanoacrylate monomer → Polymerization (Hydroxyl ions) ⁻OH → Solid Polymer, Heat

B: Ethylene group; Cyano group; Alkyl group

CN⁻ + COOR⁻ are electronegative and they polarize the ethylene group $\left(\begin{smallmatrix}H\\H\end{smallmatrix}\!\!>\!\!C=C\right)$ which polymerizes when triggered by hydroxyl ions

■ FIGURE 3–5    *A* and *B*, Polymerization of the cyanoacrylate monomer.

rize in the presence
l ions, such as skin
kin. The process is
cess (Figure 3–5A).
o the speed of poly-
d of polymerization
yl ions present, the
and additives such
acrylate monomer
kyl group, and the
f the acrylate group
nd distal alkyl por-
lectronegative; they
presence of a weak
lymerize.

# DEGRADATION

The degradation of the cyanoacrylate polymer occurs by hydrolysis (Figure 3–6). The straight alkyl chain derivatives are more hydrophobic depending on the length of the alkyl chain, and for the longer-chain butyl and octyl derivatives, hydrolysis may take months to years.[12,13] The breakdown products (formaldehyde and alkylcyano-acetate) can be histotoxic at high concentrations and can be absorbed cutaneously.[14] The presence of these substances is minimal when longer-chain monomers are used topically because the adhesive sloughs off after 10 to 14 days. The very-short-chain derivatives degrade faster, giving off by-products at a significantly higher concentration. This, in combination with the toxic by-products of a nonmedicinal manufacturing process, may cause minor skin irritation and inflammatory responses and impair wound healing. For this reason, short-chain cyanoacrylates available commercially as superglues should not be used as medical devices.[15]

If cyanoacrylate adhesives become absorbed or implanted by accident or choice, they will be broken down internally and excreted in the urine and from the lung (see Figure 3–6).[11,12,16] Any local inflammatory response is dictated not only by the length of the alkyl side chain but also by the site of implantation (worse in vascular areas) and quantity of material used.[3]

Cyanoacrylate monomer

nomer.



■ FIGURE 3–6   Degradation of the cyanoacrylate polymer.

# ANTIMICROBIAL EFFECTS OF CYANOACRYLATE ADHESIVES

Tissue adhesives are unique in that they have antimicrobial properties, especially against gram-positive organisms (Figure 3–7).[17–19] They have been shown to have lower infection rates than sutures in a contaminated wound model, although their topical use is most likely responsible for this lower infection rate.[20] The mechanism of this antimicrobial effect is unknown. Initially, the effect was thought to be due to the breakdown products formaldehyde and cyanoacetate; however, it would be expected that smaller-chain cyanoacrylates would have larger zones because they break down faster, giving a larger concentration of these products. However, long-chain monomers with negligible breakdown products also have a significant zone of inhibition. These zones can be as great as penicillin and cefazolin when compared on standard disk sensitivities.[18] Although the exact mechanism of this antimicrobial effect is unknown, it is postulated that polymerization leaves a highly negatively charged compound that interacts with the positively charged proteins on the cell wall of bacteria.

# SAFETY, TOXICITY, AND CARCINOGENIC RISKS

Longer-chain cyanoacrylate tissue adhesives, namely butyl and octyl formulations, have been used safely on millions of patients, with no



Urine

Feces

Lung

e polymer.



■ **FIGURE 3–7** *A* and *B*, Octylcyanoacrylate and butylcyanoacrylate have an antimicrobial effect against gram-positive organisims, as demonstrated by these disk sensitivities.

ntimicrobial proper-
s (Figure 3–7).[17–19]
rates than sutures in
topical use is most
0 The mechanism of
e effect was thought
ehyde and cyanoac-
er-chain cyanoacry-
k down faster, giving
owever, long-chain
s also have a signifi-
reat as penicillin and
sitivities.[18] Although
ct is unknown, it is
negatively charged
rged proteins on the

**CINOGENIC**

mely butyl and octyl
of patients, with no

reported carcinogenicity in humans. This was detailed in a study commissioned to determine any carcinogenic potential in 1986.[4] With the increased use of cyanoacrylate tissue adhesives since then, there are now numerous reported uses of cyanoacrylate adhesives in humans, without any report of carcinogenicity. One study done in the 1980s in which a large dose of the n-2-butyl monomer was injected subcutaneously into rats reported the subsequent development of sarcomas.[21] The validity and relevance of these findings are questionable for several reasons. First, the compound formulation was not designed for implantation. Second, the doses used were 100 times greater than those used in humans. Third, rats develop sarcomas quite easily when subjected to any foreign body, the so-called Oppenheimer response (rats develop a bizarre response to implanted foreign bodies that are not sufficiently porous).[22–25] Finally, the breakdown products of formaldehyde and cyanoacetate, although histotoxic in large concentration, are not in themselves carcinogenic. Attempts to reproduce or elicit any other carcinogenic response in other animals have not been reported. n-2-Butylcyanoacrylate tissue adhesive has been used topically and even implanted in millions of humans over the years, without other reports or suggestion of carcinogenicity.[26,27]

# Potential for Implantable, Absorbable Cyanoacrylate Adhesives

Although cyanoacrylate adhesives are not currently recommended for implantation and use in deep tissues, this does not mean that they may not be indicated for some surgical procedures in the future. All cyanoacrylates eventually degrade and are absorbed by the body.[12] They can give rise to foreign-body reactions, as can all deep sutures. Current initiatives are aimed at developing implantable, absorbable cyanoacrylates or cyanoacrylate copolymers with no histotoxicity, causing minimal tissue reactivity and allowing for normal wound healing and tissue regeneration.

# Clinical Uses

Physicians have been looking for a tissue adhesive to aid them not only for wound closure but also for other procedures.[28] They have not only tried to repair lacerations and incisions with tissue adhesives but also have attempted to use adhesives in areas in which it is difficult or nearly impossible to use sutures. Reported uses include skin, cartilage, and bone grafting; tympanoplasty and ossiculoplasty in otologic surgery; as a sealant for cerebrospinal fluid leaks and for bowel and vascular anastomosis; as an embolizing agent for arteriovenous malformations and gastric and esophageal varices; as a periodontal dressing and temporary dental sealant; as a hemostatic agent in visceral injuries; as a dressing for burns, abrasions, and blisters; and as a delivery vehicle for chemotherapeutic agents and antibiotics.[29–40] They have also been used as a temporary sealant for injured teeth with exposed nerve endings and for aphthous ulcers.[37,41–43]

The use of cyanoacrylate tissue adhesives for conditions other than topical wound closure is related mainly to regulatory approval, which varies around the world.

**E,**

**TE**

rently recommended
es not mean that they
res in the future. All
orbed by the body.[12]
can all deep sutures.
lantable, absorbable
rith no histotoxicity,
g for normal wound

to aid them not only
[8] They have not only
ue adhesives but also
it is difficult or nearly
n, cartilage, and bone
tologic surgery; as a
and vascular anasto-
alformations and gas-
ssing and temporary
uries; as a dressing for
ehicle for chemother-
o been used as a tem-
endings and for aph-

onditions other than
tory approval, which

# CYANOACRYLATES FOR TOPICAL WOUND CLOSURE

Cyanoacrylate tissue adhesives have been studied extensively com-
pared with sutures and other wound closure agents for topical wound
closure and have consistently been shown to produce similar cosmetic
results while improving the speed of closure and being overall less
painful.[44–50]

Suturing is a technical skill in which many physicians never develop
any proficiency, whereas others suture so infrequently that they lose
proficiency. Similarly, the application of a tissue adhesive is a techni-
cal skill that requires some instruction and practice to develop pro-
ficiency. Tissue adhesives are easy to learn and can easily be incor-
porated into a physician's practice.[51,52] However, modifications such
as increasing the viscosity and improved applicator precision will
make it easier for physicians to use.[53]

# WOUND HEALING: IMPLICATION FOR CYANOACRYLATE TISSUE ADHESIVES

Understanding the basic concepts of wound healing is fundamental
to developing an approach to using cyanoacrylates for wound clo-
sure. By understanding how wounds heal, one can appreciate why
wounds in different areas of the body behave differently, require dif-
ferent methods of wound closure, and are subject to different rates
of wound infection and cosmetic outcomes.

## Physiology of Wound Healing

In the healing wound, the only structure that truly regenerates is the
epithelium; the rest of the wound heals by filling in with collagen or scar
tissue. There are several well-documented, orderly events that occur as
a wound heals. Some of these events occur simultaneously.[54–56]

### Inflammatory Phase

Immediately after a wound is closed, coagulation occurs, and cellular mediators from platelets (platelet-releasing factors) initiate a response from inflammatory cells, such as neutrophils and macrophages. These cells enter the wound to clean it up by secreting proteolytic enzymes and ingesting microorganisms and cellular debris. There is also an increase in vascular and cellular permeability at this time to allow the migration of the inflammatory cells and the cleansing of debris in the wound. This initial inflammatory response may cause redness, pain, swelling, and warmth around the wound that can be hard to distinguish from infection. It is essential that this response occur because the wound needs to be cleaned before it can heal. The inflammatory response occurs between 0 and 5 days (Figure 3–8). It is shorter in vascular areas of the body.[54]

### Epithelial Phase

Epithelial cells are the only cells that regenerate during wound healing, and this process begins immediately after the wound has been closed. Shortly after wound closure, basal cells move across and down into the incised or lacerated dermis to seal off the approximated wound, protecting it from surface contamination.[57] This bar-

**Inflammatory and epithelial phase**



■ **FIGURE 3–8**   The inflammatory and epithelial phase of wound healing occurs immediately and lasts up to 5 days.

rier to outside elements is formed within 48 hours, after which the fibroblast phase begins; however, until this time, the injured tissue has little or no tensile strength and is solely dependent on the wound closure device to maintain its integrity.

### Fibroblast Phase

Fibroblasts are fibrous tissue germ cells that multiply rapidly, bridging the wound edges and restoring continuity. The fibroblast phase may occur as early as 48 hours after injury (Figure 3–9). Fibroblasts are stimulated by monocytes from the inflammatory phase. They synthesize and deposit collagen. Collagen is the principal structural protein of most tissues in the body. Normal tissue repair requires collagen synthesis, deposition, and cross-linking. After initial deposition, collagen is immature and gel-like in consistency. Under a series of enzymatic processes that are dependent on tissue lactate, ascorbic acid (vitamin C), and oxygen, collagen fibrils that are responsible for the strength of healing wounds are formed.[54,58,59]

### Maturation Phase

Under optimal conditions, collagen production peaks in 7 days and has its greatest mass at 3 weeks. The collagen content of healing

**Fibroblast phase**



■ FIGURE 3–9   The fibroblast stage of wound healing begins as early as 48 hours after the injury.

wounds is stable after 2 months but will start to remodel itself as it mixes with fibrous tissue and improves its cross-linking (Figure 3-10). These factors alone will continue to improve the tensile strength of the wound for up to a year. As the density of collagen diminishes during this maturation phase, scars often turn pale because of decreased vascularity (Figure 3–11).[60]

**Maturation phase**



Collagen (with cross-linking)

■ FIGURE 3-10    During the maturation stage of wound healing, collagen will remodel and mature for up to 1 year.




■ FIGURE 3–11    As a scar matures, it fades and becomes pale. *A*, Incision at 1 month. *B*, Same incision at 1 year.

remodel itself as it
s-linking (Figure 3-
the tensile strength
collagen diminishes
n pale because of



ound healing, colla-



ecomes pale. *A,* Inci-

# Tensile Strength of Healing Wounds

After 2 days, despite epithelial growth, the wound has minimal tensile strength. After 10 days, it will have only 5 to 10% of its tensile strength and by 3 weeks, only 15 to 20%. The tensile strength will continue to improve to 60% at 4 months and can almost achieve the tensile strength of intact skin after 1 to 2 years (Figure 3–12). Wounds closed under tension develop tensile strength more quickly.[59,61]

By understanding how wound healing occurs, one can understand why using the term "glue" to describe using cyanoacrylate tissue adhesive is misleading, at best, because it implies an improper method of application. It is not surprising that when physicians hear the term "wound glue," most think of sticking the edges of the wound together just as they would glue any two objects together, as when using commercial cyanoacrylates such as Krazy Glue. In fact, putting cyanoacrylates into the wound and "gluing" the edges together was the thinking of early investigators in the 1960s and early 1970s. When used this way, tissue adhesives had a tremendous early wound-breaking strength (better than sutures), but this advantage quickly paled as inflammatory reactions and wound dehiscences occurred over the next 24 to 48 hours.[2] It was evident that cyanoacrylate tissue adhesives cannot and should not be used in this way. When



■ **FIGURE 3–12**   The tensile strength of a healing wound increases over time.

implanted, they trigger abnormal responses in the inflammatory phase and act as a barrier to normal epithelialization and basal cell migration, impairing the normal phases of wound healing (Figure 3–13). When complications with adhesives occur, they are commonly due to improper use. In general, improperly applied adhesive inadvertently seeps between poorly approximated wound edges, acting as a barrier to wound healing.[62] Thus, it is important that higher-viscosity formulations and improved applicators are developed to prevent this inadvertent seepage and that clinicians learn the proper indications and application techniques to avoid getting adhesive between the wound edges.



■ FIGURE 3–13    When applied between the wound edges, the adhesive acts as a barrier to normal epithelialization and, as a foreign body, impairs wound healing.

the inflammatory
tion and basal cell
d healing (Figure
hey are commonly
ied adhesive inad-
ound edges, acting
ant that higher-vis-
e developed to pre-
rn the proper indi-
g adhesive between

In the future, an adhesive that could be porous and/or allow healing across the material would be ideal; the tensile strength of the adhesive would be maximized, but no such adhesive currently exists. Currently, cyanoacrylate adhesives are recommended as topical agents that bond to the top layer of epithelium, the stratum corneum, and hold apposed wound edges together. Although this is not the optimal way to use the adhesive, strong, flexible cyanoacrylate adhesive formulations have been developed to form a strong topical bridge over the apposed skin edges of lacerations and incisions that can hold them together for up to 7 to 14 days. During this time, normal wound healing occurs under the adhesive (Figure 3–14). When used topically, tissue adhesives allow for normal wound healing, with no differences occurring in the tensile strength or the histologic characteristics compared with healing sutured wounds.[20,63,64]



d edges, the adhesive
as a foreign body,

■ **FIGURE 3–14**    *A* and *B*, The proper topical application of the tissue adhesive allows for normal wound healing to occur under the adhesive.

The breaking strength of the topical octylcyanoacrylate tissue adhesives is determined by the forces that cause shearing of the stratum corneum from the epithelium, causing a substrate failure (Figure 3-15). Because this shearing force is the limiting factor, it is unlikely that a topical adhesive could have more benefit without penetrating deeper into the epidermis or dermis, and this itself may cause more toxicity. Dynamic forces enhancing this shearing effect occur over areas of movement, such as hands and joints, and are worsened by soaking and washing. This explains the recommendations for areas in which tissue adhesives may be used or should be avoided (Table 3-1. It has been shown, however, that if areas of the body are splinted, thereby decreasing the dynamic tensile forces on the wounds, these indications may be expanded.[65]

Octylcyanoacrylate has been reported to have the greatest clinical tensile strength among the available tissue adhesives and a broader indi-



■ FIGURE 3–15    *A* and *B*, The adhesive usually sloughs off with the outermost layer of the epithelium, the stratum corneum, at 7 to 14 days. Dynamic forces cause a shearing effect, which can lead to premature sloughing.

oacrylate tissue adhe-
earing of the stratum
rate failure (Figure 3-
g factor, it is unlikely
t without penetrating
itself may cause more
ring effect occur over
and are worsened by
mendations for areas
uld be avoided (Table
reas of the body are
ensile forces on the

he greatest clinical ten-
es and a broader indi-

**Table 3–1**  Indications and Contraindications for Tissue Adhesives

| Location | Octylcyanoacrylate | Butylcyanoacrylate |
|---|---|---|
| Face | All cutaneous closures | Linear lacerations < 4 cm |
| Lips/mucosa | No | No |
| Extremities | Cutaneous closure<br>Dermal sutures recommended | Not recommended |
| Hand | Minor lacerations only | Not recommended |
| Torso | Cutaneous closure | Not recommended<br>Dermal sutures recommended |

ly sloughs off with the
rneum, at 7 to 14 days.
can lead to premature

cation for clinical use.[66] This has more to do with its flexible properties than its absolute tensile strength of the monomer (see Figure 3–3). In fact, the pure butyl monomer has tighter bonds and greater pure tensile strengththan the octyl monomer. However, long alkyl chain monomers with incorporated plasticizers  give certain formulations such as Dermabond (Closure Medical Corporation, Raleigh, NC) increased flexibility to combat the shearing forces on the stratum corneum. As a result these long chain formulations have greater bridging effect and increased tensile strength and are more resistant to sloughing than pure butyl monomers (Figure 3–16). However, it is not that simple to say that all butyl formulations are inferior to octyl formulations because it is possible to manipulate the butyl formulations and increase their flexibility and performance. Pure butyl monomers set quickly on contact with skin or blood and have the advantage of not having to use an initiator during its application. Pure butyl monomers are also low viscosity and are applied as drops of glue on the wound. When the pure monomer polymerizes, a brittle bridge develops, which can easily fracture, giving it less clinical tensile strength compared with the octyl monomer (see Figure 3–16). The butyl formulations that take on the properties of octyl have incorporated flexible viscosifying agents and plasticizers. New high-viscosity products will likely consist of a combination of either octyl + butyl monomers or a pure hexyl monomer in combination with viscosifying agents and plasticizers. Optimally, this adhesive would not need an initiator (avoiding heat and applicator issues) and would take on the viscosity of honey or syrup, thus preventing the inadvertent seepage into the wounds or running onto unwanted areas.



**FIGURE 3-16**   *A*, Butyl beading, and *B*, octyl layering. The butyl-cyanoacrylates form a thin, narrow bridge over the wound compared with octylcyanoacrylate, which is layered on and has a wide area of application. This wider bridging action also contributes to its increased tensile strength.

# PROPER WOUND CARE AND WOUND SELECTION FOR TISSUE ADHESIVES

Regardless of whether one decides to close a wound with tissue adhesive or sutures, proper wound care and evaluation are important. There have been far too many instances in which practitioners have closed wounds with tissue adhesives without proper wound care and evaluation and, as a result, have had poor outcomes, by either infections or dehiscences. There are numerous texts and references on wound care and wound healing. Below is an overview of important concepts.

## History and Physical Examination

A good history should reveal the mechanism, degree of contamination, presence of a foreign body, timing of the wound, and related patient factors. Traumatic lacerations can be incised (on glass or sharp objects) or are most commonly caused by blunt objects, which produce shearing forces.[67] The extent of the trauma to the tissue should be determined. Lacerations caused by a blunt or crushing mechanism have more devitalized tissue and are at higher risk of infection.[68] All traumatic lacerations are also contaminated to some extent, making their infection rates higher than those seen in surgical incisions, but this rate is also variable depending on location. Differences in contamination, dynamic and static wound tensions, and blood flow in different regions of the body can affect outcomes. Wounds in moist areas of the body tend to be heavily colonized and subject to greater contamination and increased risk of infection.[69] Wounds in highly vascular areas heal faster and are less likely to become infected.[70,71] As a result, wounds on the face may be closed in up to 24 hours, whereas those on the hand and feet have much higher rates after 6 hours. The patient's history should reveal potential problems that may impair wound healing. The extremes of age, diabetes mellitus, immunosuppressive drugs such as steroids, chronic renal failure, obesity, and malnutrition increase the risk of a poor outcome. Allergies to anesthetics, latex, and antibiotics should be ascertained, as should the patient's tetanus status. Patients should receive immunizations in accordance with the recommendations made by the US Centers for Disease Control and Prevention (Table 3–2).



ering over wound



yering. The butyl-
wound compared
as a wide area of
tes to its increased

OUND
VES

l with tissue adhe-
on are important.
practitioners have
wound care and
s, by either infec-
nd references on
iew of important

**Table 3–2**  Guidelines for Tetanus Prophylaxis

| History of Immunization | Clean Minor Wounds | | All Other Wounds | |
|---|---|---|---|---|
| | *TD* | *TIG* | *TD* | *TIG* |
| < 3 doses or uncertain ± 3 doses | Yes | No | Yes | Yes |
| Last dose < 5 yr | No | No | No | No |
| Last dose 5–10 yr | No | No | Yes | No |
| Last dose > 10 yr | Yes | No | Yes | No |

TD = tetanus and diphtheria toxoid; TIG = tetanus immune globulin.

The wound should be examined both before and after anesthesia. Before anesthesia, the wound is examined to ascertain the neurologic and vascular functions of the injured body part distal to the injury. The neurologic function can be determined with a sensory examination, detailing two-point sensation and light touch. A motor examination will determine the strength and integrity of the tendons and muscles of the affected body part. After anesthesia, the wound should be explored carefully again for foreign bodies, the presence of tendon or muscle lacerations, underlying fractures, and/or vascular injury. When a fracture or foreign body is suspected, radiologic examination and ultrasonography can be helpful.[72]

## Wound Anesthesia

There are two types of anesthesia, topical and injectable. Even for situations in which tissue adhesives are being considered, I recommend using some anesthetic (preferably topical) to allow proper examination, exploration, and hemostasis of the wound. Lidocaine and bupivacaine are the two most commonly used agents for injection (Table 3–3). Bupivacaine is longer acting and more useful when one suspects that the patient will have a persistently painful condition. Both are amide anesthetics; true anaphylactic reactions are rare because amides are incapable of forming an antigenic response. When an allergic reaction to these agents is reported, it is usually due to the methylparaben used as a preservative in the packaging. If a person reports an allergy to one of these compounds, cardiac lidocaine, which does not contain methylparaben, can be used as an alternative.[10] Injection into the affected area is a popular method of local anesthesia but can be associated with increased tissue trauma and distortion of the wound. Ideally, regional anesthesia (nerve blocks

**Table 3–3** Commonly Used Injectable Local Anesthetics

| Agent | Trade Name | Anesthetic Class/ Concentration | Maximum Dose, mg/kg | Duration, h |
|---|---|---|---|---|
| Lidocaine with epinephrine | Xylocaine | Amide 0.5–2% | 5 7 | 1–2 2–4 |
| Bupivacaine with epinephrine | Marcaine | Amide 0.125–0.25% | 2 3 | 4–8 8–16 |

and field blocks) should be used when possible. The pain of injection can be lessened by warming and alkalinizing the anesthetic solution with sodium bicarbonate and injecting slowly; however, the clinical benefit should be weighed against time and cost because the clinical significance of the pain relief is debatable.[73,74]

Various forms of topical agents, tetracaine, adrenaline, and cocaine (TAC), as well as lidocaine, epinephrine, and tetracaine (LET), have been tried; in some cases, they can obviate the need for injectable anesthesia and the associated pain.[75] Experimental models suggest that the eutectic mixture of local anesthetics (EMLA) cream should not be used in lacerations; however, it has been used successfully in clinical situations.[76,77] The use of cocaine-containing solutions should be avoided in children when the wound is around the mucous membranes.[78]

My choice for a topical anesthetic agent is LET solution. It is easily prepared by one's local hospital pharmacy, is cheap and free of cocaine, and can be safely applied to wounds at triage by soaking a gauze bandage and having the patient or parent hold it on the area. Most wounds in areas of high vascularity (face or scalp) will need no further anesthesia even if suturing is required.[75] The anesthetic provides hemostasis and adequate anesthesia for exploration and irrigation when tissue adhesives are used. For wounds on the extremities and trunk, it can decrease the pain of injection of local anesthetics needed to supplement the anesthetic effect. Adequate anesthesia is evident when the area around the wound becomes blanched secondary to the epinephrine in the solution. The final product contains lidocaine 4%, racemic epinephrine 0.225% (equivalent to 0.1225% epinephrine), and tetracaine 0.5%. A 200 mL bottle can be made by mixing 40 mL of 20% injectable lidocaine, 20 mL of 2.25% racemic epinephrine, 50 mL of 2% tetracaine, and 90 mL of sterile water. Sodium metabisulfite (126 mg) is added to increase the stability and shelf life. A 200 mL bottle lasts 26 weeks refrigerated and 4 weeks unrefrigerated.[79]

## Wound Cleansing

The area around the wound should be decontaminated and cleaned. Hair should be removed from around the wound margins to avoid contamination and entrapment. However, removal of hair from a wide area is not required. Shaving should be avoided because it can damage the hair follicles and increase the chances of infection. Long hair can be held back with gel.[80] The area around the wound can be

cleaned and decontaminated with an antibacterial preparatory solution. The most common of these solutions are proviodine and chlorhexidine. These solutions, as well as hydrogen peroxide, are cytotoxic. Although they may be useful for débriding infected wounds and abscesses, they should not be used directly on or in clean wounds because they are harmful to wound healing.[81,82] Tap water or saline pressure irrigation of wounds is the most important step in wound cleansing. Because all traumatic wounds are contaminated, irrigation will decrease bacterial colonization to a level that is not infectious and should occur for most wounds, with perhaps the exception of clean facial wounds.[83] Tap water irrigation has been shown to be a cheap and efficacious method to decrease colonization owing to its high volume and pressure.[84–86] Antibiotic irrigation solutions are more expensive than sterile saline or tap water and have no added clinical benefit.[87] If tap water irrigation is impractical, sterile saline or water irrigation with a 35 cc syringe attached to an 18-gauge plastic catheter or splash guard produces optimal irrigation pressures without traumatizing healthy tissue or imbedding contaminants.[88] Splash guards are recommended to avoid the splatter of bloodborne viruses (Figure 3–17).[24] The amount of and need for irrigation should be based on the site and extent of contamination. Clean wounds in the vascular areas of the face require minimal irrigation, whereas heavily colonized wounds in areas with poor blood flow, such as bite wounds on the hands and feet, require extensive irrigation to decrease colonization rates.

## Wound Tension

Assessment of wound tension is critical to assessing whether topical tissue adhesives can be used to close a wound. Wound edges should be easily approximated, and tensile shear forces should not be so great that they cause premature sloughing. There are two types of forces to consider. Immediate tensile forces on a wound may cause dehiscence, whereas prolonged forces can cause an esthetically unpleasant scar.[89,90] Wounds on different areas of and orientation to the body are subject to different tensile forces. There are two types of forces that affect the tension on the wound. Static or motionless forces are continuous owing to the depth and orientation of the wound relative to the natural tension lines of the skin (Figure 3–18). Wounds perpendicular to these tension lines are subject to greater static tensile forces. Dynamic forces owing to movement are usually obvious; moving parts, such as the hands, feet, and joints, are subject to great dynamic forces. The face and torso are less affected, but deep wounds through muscle can cause them to open when they contract.

eparatory solu-
roviodine and
n peroxide, are
riding infected
y on or in clean
[81,82] Tap water
mportant step in
contaminated,
evel that is not
th perhaps the
ation has been
se colonization
irrigation solu-
ter and have no
ractical, sterile
ched to an 18-
imal irrigation
edding contam-
the splatter of
nd need for irri-
contamination.
e minimal irri-
ith poor blood
quire extensive

whether topical
d edges should
ould not be so
re two types of
und may cause
an esthetically
d orientation to
e are two types
c or motionless
entation of the
(Figure 3–18).
bject to greater
ent are usually
nts, are subject
fected, but deep
n they contract.



■ FIGURE 3–17    Irrigation with a splash guard device.

A good example of this is the frontalis muscle of the forehead.

Areas in which topical tissue adhesives have been successful are areas of the body under low tension and/or areas with tension removed by deep dermal sutures.

Tension on the wound will cause the scar to widen, and this widening will continue over time. Remember that a wound has only about 10% of its tensile strength at 10 days, when most skin sutures are often removed. With the skin sutures no longer present to dissipate the tensile forces on the wound, the scar can continue to widen for up to a year.[89] It would be ideal if one could leave the skin sutures in for a prolonged period; however, this is not possible because within 5 to 10 days, basal cells start to migrate down the puncture sites of sutures, and, if not removed, the so-called "suture tracks" will develop. This is why many propose the use of deep or "dermal sutures" to take the tension off the wound and why it is wise to reinforce the wound after the sutures are removed with adhesive strips or tissue adhesives.[91,92] Tissue adhesives may have an advantage over sutures because they can stay on the skin for prolonged periods of time when used for skin closure. Tissue adhesives can be used and still offer several advantages over percutaneous sutures for skin closure when deep dermal sutures are used because they are faster to apply and can avoid follow-up visits for suture removal.[49]



■ **FIGURE 3–18**  *A* and *B*, Skin tension lines on the face and body. Reproduced with permission from Brenner R, Brenner B. Emergency procedures and techniques. 2nd ed. Baltimore (MD): Williams & Wilkins.

## Dermal Sutures to Relieve Tension

Wounds that are parallel to the skin tension lines and have little static tension do not require dermal sutures (Figure 3–19). Wounds perpendicular to the skin tension lines will always be difficult and have a preponderance to poor scar formation regardless of how meticulous the closure is. Any dynamic or static wound perpendicular to skin tension lines gapping greater than 5 mm requires dermal sutures. The use of dermal sutures in wounds increases infection rates.[93] On cosmetically sensitive and highly vascular areas such as the face, they are recommended as described. In areas in which cosmesis is less important, the risk of infection in contaminated wounds may prohibit their use. The correct technique for the dermal suture is shown in Figure 3–20. Three well-placed dermal sutures can take enough tension off most wounds: one midpoint and then one each between the midpoint and wound edge (Figure 3–21).

The material used for the dermal sutures should be absorbable and provide strength to the wound for the longest period of time. Therefore, plain surgical gut should be avoided because it loses most of its tensile strength in 5 to 7 days. Sutures to be considered are polyglactin, polyglycolic acid, polydixanone, and polyglyconate. The size of the dermal suture should be comparable to the size of the suture used to close skin in that area of the body.



the face and body.
ner B. Emergency
MD): Williams &

■ FIGURE 3–19  Wounds requiring dermal (deep) sutures on the face. Wounds under tension gapping more than 5 mm require buried dermal sutures.

54 | Tissue Adhesives in Clinical Medicine





■ FIGURE 3–20    *A* to *C*, Dermal or deep suture techniques. The suture is in the dermis, not in fat or connective tissue, and the knot is buried (*C*).

B

ues. The suture
knot is buried



Placement of
3 equidistant
sutures for
dermal tension
removal

Dermal sutures
removing tension
from the wound

■ FIGURE 3–21    *A* and *B*, Placement of dermal sutures. Three well-placed dermal sutures can take the tension off most wounds.

## Proper Application of Tissue Adhesives for Topical Wound Closure

1. Provide appropriate wound care techniques.
2. Where possible, use topical anesthetics with vasoconstrictive properties to improve hemostasis and allow proper exploration and irrigation.
3. Make sure the laceration or incision is appropriate for the use of the tissue adhesive formulation that you plan to use. Pure butyl monomers have excellent clinical outcomes but, because of their brittleness, have fewer clinical indications. Use dermal sutures where appropriate (see Table 3–1).
4. Ensure that the patient or wound is on a horizontal plane. Most tissue adhesives have a low viscosity, and there may be runoff in gravity-dependent areas (Figure 3–22).
5. Acquire hemostasis (pressure or epinephrine-containing topical anesthetics).
6. Appose wound edges with fingers, forceps, or skin hooks (Figure 3–23). Sometimes steri-strips are helpful to appose edges before applying the adhesive, and adhesive can be applied over top of them. If edges cannot be easily apposed, then an alternate method of wound closure should be considered.

7. **For Dermabond:** Crush the vial and express the adhesive through the tip. Practice expressing the right amount. Precise amounts can be applied using the higher-viscosity formulation and the precision Pro-Pen applicator and/or a snap-on tip (Figure 3–24) (see the video on the CD-ROM).



■ **FIGURE 3–22**   *A* and *B*, Wound positioned on a horizontal plane. The wound should be positioned on the horizontal plane to prevent the adhesive from running into unwanted areas.

hesive through
se amounts can
and the preci-
ure 3–24) (see

Paint the adhesive over the approximated wound edges. Do not push the tip into the wound. Apply the adhesive in two to three coatings, allowing each to dry slightly before applying the next layer. If one thick layer is applied, the heat from the exothermic polymerization may cause a burning discomfort to the patient and, in some cases, a minor thermal injury (Figure 3–25). This is another reason to use a topical anesthetic. There is an optimal thickness to be applied that likely depends on the clinical site where the adhesive is used. However, the current applicator does not allow for a consistent application or precise thickness.

A

 

■ FIGURE 3–23    *A* and *B*, Appose wounds with fingers or forceps.

B



■ FIGURE 3–24    The new Pro-Pen applicator with its precision tip, along with the new high-viscosity formula, is a welcomed adjunct and will improve one's ability to apply the adhesive properly.

rizontal plane.
e to prevent the



■ FIGURE 3–25    The adhesive painted over the approximated wound edges.

**For Indermil or Histoacryl:** Because these adhesives are quick setting and do not require an initiator, their application is different from that of Dermabond. Before opening the ampule, hold it in one hand with the tip pointed upward. Sharply flick the tip with the forefinger of the other hand to remove any adhesive trapped in the tip. While still holding the ampule in the vertical position, twist and snap off the winged cap for Indermil (United States Surgical, a Division of Tyco Healthcare Group, LP, Norwalk, CT) or cut Histoacryl (B. Braun, Melsungen AG, Melsungen, Germany) off at the hub. It is recommended to use an access canula (Indermil) (Figure 3–26) or that a 25-gauge needle (Histoacryl) (Figures 3–27 and 3–28) be attached to the vials to provide greater control during application. Do not exert excess pressure on the ampule when affixing the cannula or needle, and keep the vial upright until ready for use. Apply the tissue adhesive very sparingly, either as minute drops (spot welding) or as a very thin film along the edges of the wound (Figure 3–29). Avoid heavy application because the monomer is low viscosity and can easily run on unwanted areas.

8. Maintain apposition of the wound for 30 to 60 seconds. The polymerization time can vary based on the length of the alkyl side chain, the amount of stabilizers added to the formulation, and, if used, the amount of initiator. Drying of the adhesive usually occurs in 2 to 3 minutes (Figure 3–30).





■ **FIGURE 3–26** Indermil has an additional applicator tip, which is shown attached in this figure. Like the 25-gauge needle applied to the Histoacryl vial, it allows fine application of the adhesive.

ves are quick set-
cation is different
mpule, hold it in
flick the tip with
adhesive trapped
vertical position,
United States Sur-
Norwalk, CT) or
ungen, Germany)
ess canula (Inder-
stoacryl) (Figures
de greater control
re on the ampule
e vial upright until
paringly, either as
n along the edges
ation because the
unwanted areas.
60 seconds. The
h of the alkyl side
ormulation, and,
adhesive usually



■ FIGURE 3–27    A 25-gauge needle can be applied to the hub of the
Histoacryl vial to allow fine application.




■ FIGURE 3–28    *A* and *B*, The adhesive is applied onto the wound as
drops in a "spot welding" technique.

dditional applica-
his figure. Like the
acryl vial, it allows



■ FIGURE 3–29    Indermil, like Histoacryl, is dropped on the surface of well-apposed wound edges in a technique often referred to as "spot welding."



■ FIGURE 3–30    When the adhesive begins to polymerize, maintain apposition for 30 to 60 seconds. Full strength occurs at 2 minutes. After polymerization, the wound can be seen under the transparent adhesives. Sometimes, despite hemostasis, a small amount of blood will mix in with some of the adhesive, as it does at the top of the wound.

# AVOIDING PITFALLS WHEN USING CYANOACRYLATES FOR WOUND CLOSURE

Complications and poor outcomes with the use of tissue adhesive can be avoided by selecting the proper wounds for closure and ensuring that the wound edges are completely apposed before application and that no adhesive gets between the wound edges.



ed on the surface of
eferred to as "spot

e adhesive begins to
osition for 30 to 60
s at 2 minutes. After
d can be seen under
Sometimes, despite
of blood will mix in
as it does at the top

ING
D

tissue adhesive can
osure and ensuring
ore application and

# Choosing the Right Wound for Tissue Adhesive Wound Closure

Avoiding complications by choosing the appropriate wounds for clo-sure with tissue adhesives is most important. Skin edges must be eas-ily apposed either manually or with deep sutures or steri-strips to be considered candidates for using tissue adhesives to close the wounds. As a rule, one should be confident that the edges of the wound can be tightly and evenly apposed with manual methods, as they would be if sutures were used.

Deep dermal sutures can be used to take the tension off the wound and make the edges easier to appose. Some have questioned using tis-sue adhesives when they have already placed deep sutures, but, in general, tissue adhesives that are highly flexible, such as Dermabond, can replace percutaneous monofilament sutures in these circum-stances regardless of the length of the wound or incision. This pre-vents the need for return visits in these cases, and in these circum-stances, the adhesive can provide its own wound dressing, making it cost-effective.[49]

In cases in which manual wound edge approximation is possible but awkward to maintain, one should consider using short, fine adhesive tapes to attain and maintain wound approximation while the adhe-sive is applied (Figure 3–31). The tissue adhesives are left in place and can also add extra reinforcement on areas such as the chin. This method also avoids the risk of low-viscosity adhesives running and sticking the surgeon's glove to the patient.

## Hemostasis

Hemostasis is important in providing a neat, secure wound closure. Blood and fluids trigger polymerization. If there is an excess of these fluids, polymerization will occur too rapidly, with the adhesive bond-ing to the fluid and protein in the blood and not the skin. This results in the forming of an unsightly plastic mass on top of the wound, which does little to actually bond the skin. Hemostasis can be obtained with dermal sutures where appropriate; pressure on the wound or vasoconstrictor solutions (eg, 1:1,000 topical epinephrine) can be used. LET is optimal because it also has significant anesthetic properties. When applied to a properly prepared wound, the adhe-sive is transparent and the well-apposed edges under the adhesive can be seen (Figure 3–32).



■ **FIGURE 3–31**   This chin laceration had the edges well approximated with steri-strips first (note that these are cut short). Tissue adhesive can then be applied on top of the steri-strips, which are left in place as added reinforcement. This technique is useful in certain areas, such as the chin, or when it is difficult to manually appose wound edges.

 

■ **FIGURE 3–32**   *A* and *B*, With good hemostasis and proper application, the incision line can be seen under the transparent adhesive.

## Do Not Get Adhesive in the Wound!

It cannot be stressed enough that extra caution be taken to avoid putting any adhesive in the wound. The rationale is clearly explained in the wound-healing section. If the wound edges are tightly apposed, and the adhesive is painted on top of the wound, in general, the adhesive should not seep into the wound to any significant degree. Unfortunately, a common mistake is to have material inadvertently seep between the wound edges because of incomplete apposition. This is



...es well approximated
... Tissue adhesive can
... left in place as added
...eas, such as the chin,
...dges.



...s and proper applica-
...arent adhesive.

...!

...n be taken to avoid
...e is clearly explained
...s are tightly apposed,
... in general, the adhe-
...ficant degree. Unfor-
...l inadvertently seep
...e apposition. This is

a problem especially with low-viscosity materials, which can easily seep between gaps if not drawn into them by capillary action. Although the wound may initially look good, this scenario often results in poor wound healing and late dehiscences. I believe that this is a major source of the problem when clinicians report problems (especially late dehiscences > 2 days) and poor outcomes when using tissue adhesives.[62]

Several precautions can be taken to achieve optimal results. If complete wound apposition is too difficult to achieve, consider another closure device or adjunct to help. Often for large wounds and incisions, having an assistant use forceps is helpful, and the use of a deep dermal suture can take tension off the wound.

Another common mistake is to inadvertently deposit the adhesive into the wound by pushing the tip of the vial into the wound and separating the wound edges. The adhesive should be expressed from the tip by squeezing the vial and applied by lightly painting the adhesive over apposed edges. The adhesive should not be expressed by putting pressure on the tip (as with a marking pen). This will put pressure on the wound margins, cause the edges to invert, and deposit the adhesive into the wound (Figure 3–33).

Finally, whereas physicians need to take precautions to avoid depositing material between wound edges, manufacturers of these products need to address and are addressing the problem as well. Much of the problem lies with the crude applicators and low-viscosity adhesives that can easily seep into wounds or even be drawn in by capillary action. Original Dermabond and Indermil have viscosities around 4 to 5 cps, which are very close to that of water. Higher-viscosity adhesives will certainly help with this problem. Dermabond is now available in a higher-viscosity formula at approximately 50 cps. Although even higher viscosities are likely optimal, the changes made are a significant improvement, especially if combined with the precision tip applicator.[53] By increasing viscosity and controlling the volume and mass applied, fewer complications and better outcomes are inevitable.

## Avoiding Heat

When the adhesive polymerizes, an exothermic reaction occurs and heat is liberated. The amount of heat or burning felt by patients is variable. Fifty percent of patients feel no discomfort, whereas some feel a definite burning sensation.[3] The amount of heat generated is dependent on several factors: the speed of polymerization (use of ini-



■ **FIGURE 3–33**    *A* and *B,* If the applicator is pushed into the wound, it will deposit adhesive between the wound edges. The adhesive should be brushed on top of the wound.

tiators), the amount of adhesive applied, and the moisture content of the patient's skin (another reason to obtain good hemostasis). Aside from achieving hemostasis, the best way to avoid any discomfort caused by the heat is to apply the adhesive in thin layers with multiple strokes and to use topical anesthetics. This way, the first layer can act as insulation and prevent a large mass of adhesive polymerizing all at once.

## Controlling the Amount of Adhesive and Runoff

Most available adhesives have a low viscosity, have a tendency to run off into unwanted areas, and can seep between wound edges that are not tightly apposed. Although higher-viscosity formulations will improve control over the application, practical steps can be taken to deal with this problem. Make sure that the part to be treated is on a horizontal plane or in the Trendelenburg position (see Figure 3–22). Position the patient such that if the adhesive runs, it will do so away from unwanted areas, such as the eye.[94] One can also control Dermabond by squeezing and releasing the vial; the amount of adhesive expressed can be controlled (when released, the adhesive on the tip will be sucked up by a vacuum mechanism). The Pro-Pen applicator takes advantage of this mechanism to allow a more precise delivery.

## Erroneous Application

If the adhesive gets to an unintended place, it can usually be wiped off before it sets. If the adhesive is implanted erroneously between the wound edges, the wound should be anesthetized and débrided to remove the adhesive. If adhesive gets into the eye, it can be easily removed with ophthalmic ointment. The emollients in the ointment help break down the adhesive and soften it. It is recommended that a patch with ointment be applied over the eye for 24 hours (Figure 3–34). The adhesive can then be easily removed from the eyelashes. It should not be necessary to cut the eyelashes. If the adhesive gets on the cornea, it will simply slough off or can be removed like any foreign body. Cyanoacrylates have been used to treat many disorders of the cornea and are nontoxic.[95] On other areas, the adhesive can be removed with acetone; however, care should be taken because acetone should not be used on open wounds because of its histotoxicity.

## Wound Aftercare

Tissue adhesives form their own waterproof antimicrobial dressing and do not require any additional protective dressings.[96,97] Although patients may shower after the use of tissue adhesives, they should not soak or scrub the area because this can lead to premature sloughing of the adhesive, leading to wound dehiscence. After showering, the area can be gently patted dry. Ointment should not be applied to the adhesive because ointments promote degradation and premature sloughing of the adhesive from the upper layer of skin, the stratum corneum.



...shed into the wound,
...The adhesive should

...e moisture content of
...d hemostasis). Aside
...void any discomfort
...in layers with multi-
...ay, the first layer can
...dhesive polymerizing



■ **FIGURE 3–34**   If the adhesive inadvertently gets into the eye, apply ophthalmic ointment and a patch. The ointment will soften and loosen the adhesive, allowing for easy removal after 24 hours.

## COST-EFFECTIVENESS OF CYANOACRYLATES FOR TOPICAL WOUND CLOSURE

Tissue adhesives for wound closure have been studied thoroughly. No area of wound care or any wound closure device has been studied so extensively with prospective trials. Numerous trials have been done to date, and in all of these trials, there were no clinical or statistical differences in the cosmetic outcomes between traditional wound closure (mainly sutures) and tissue adhesives.[44,45,50] In most of the trials, the physicians had little experience in the use of tissue adhesives, whereas most were experienced suturers, giving any possible advantage to the traditional wound closure. In trials in which there was one experienced surgeon applying the adhesive, there has

been a trend to superior results with tissue adhesives.[48,98] This demonstrates the importance of proficiency in the application of these agents. Regardless of who is applying them, there is overwhelming evidence that tissue adhesives provide as good if not better cosmetic closure for lacerations and incisions when compared to sutures.

Tissue adhesives are more cost-effective for topical skin closure than traditional percutaneous sutures that require suture removal. A physician visit for suture removal can be avoided and can significantly lower the overall cost for the closure of a laceration or incision. In addition to the convenience for the patient, parents do not need to take time off work or a busy schedule to attend the visit. For the same reason, adhesive tapes and absorbable sutures are also cost-effective. Tissue adhesive application also decreases the practitioner time to repair a wound by 10 to 15 minutes. Although this cost is often not figured into the costs of a visit, it is a real dollar amount value that should be considered because the practitioner is freed up earlier and able to generate revenue by treating other patients.

In Canada, Histoacryl Blue is supplied in a vial that is often reused. It has been reported that a vial costing $25.00 (US) can repair 8 to 10 lacerations, producing a cost of approximately $3.00 per laceration repair; however, reusing the product is not condoned. Single-dose sterile products (Dermabond and Indermil) are available at approximately $20 to $25, depending on the volume purchased. Single-dose, nonsterile, non-FDA products, such as "Glue-Stitch," sell for $6 to $8 for single use in Canada.

A formal cost analysis has been done comparing the cost of nonabsorbable percutaneous sutures, absorbable percutaneous sutures, and the tissue adhesive Histoacryl Blue for the repair of lacerations treated in an emergency department. This formal analysis was done in Canada and looked at personnel time, the cost of supplies, and parental costs. Overhead emergency department costs and complications were felt to be equal for each group and were not included in the analysis. The study showed that nonabsorbable sutures were 6.8 times more costly than the tissue adhesives. Ninety percent of patients chose tissue adhesives as their first choice of wound closure and were willing to pay a median of $40 for tissue adhesives if they were not covered by their insurance.[99]

Both the simple butyl monomer and the octyl formulation have been used successfully to close small wounds under low tension, and as newer formulations are developed and come to market, the ease of

use, comfort level of the physician with the application technique, performance, and cost will be the driving forces for choosing one product over another.

# CYANOACRYLATE ADHESIVES AS TOPICAL WOUND DRESSINGS OR BANDAGES

Cyanoacrylate adhesives can be applied topically to burns, abrasions, and minor cuts, with excellent results.[100] There have been reports that burns treated with cyanoacrylate have improved epithelialization and healing.[101–105] The adhesive forms a waterproof seal of the wound and provides an antimicrobial barrier.[97,106] Several different cyanoacrylate products are approved by the FDA as nonexempt class I devices as liquid bandages (Liquid Band-aid, Ethicon, Inc., Somerville, NJ; NexCare Liquid Bandage, 3M Minneapolis, MN) and are being sold directly to consumers. As these devices become easier to use (consumer-friendly applicators, higher viscosity), the advantages of liquid bandages over conventional bandages (precise application, waterproof, flexible, stay on longer, antimicrobial barrier and dressing) will likely result in tremendous growth in the consumer liquid bandage market over the next several years.

In a related use, Sooth and Seal (Closure Medical, Raleigh, NC) is a cyanoacrylate used to treat aphthous ulcers of the mouth.[42,43] Other related cyanoacrylates are becoming more popular to prevent chafing, blisters, and turf burns in athletes.

# CYANOACRYLATES AS EMBOLIZATION AGENTS

Trufill n-Butyl Cyanoacrylate (n-BCA) Liquid Embolic System is a three-component system containing n-butylcyanoacrylate (n-BCA), ethiodized oil, and tantalum powder and is the first class III cyanoacrylate-associated embolic agent. Specifically, the final composition of this embolic agent is a mixture of tantalum power and ethiodized oil that is mixed with an n-BCA monomer (99.5% n-BCA with other ingredients), and it is used under fluoroscopic guidance to obstruct or reduce the blood flow to cerebral arteriovenous malformations via superselective catheter delivery.[107,108] On contact with body fluids or tissue, the mixture polymerizes into a solid material.

cation technique,
for choosing one

## S TOPICAL
AGES

burns, abrasions,
have been reports
oved epithelializa-
erproof seal of the
6 Several different
DA as nonexempt
id, Ethicon, Inc.,
Iinneapolis, MN)
e devices become
her viscosity), the
bandages (precise
antimicrobial bar-
growth in the con-
I years.

Raleigh, NC) is a
mouth.[42,43] Other
r to prevent chaf-

## ATION

bolic System is a
acrylate (n-BCA),
he first class III
, the final compo-
talum power and
er (99.5% n-BCA
copic guidance to
riovenous malfor-
On contact with
a solid material.

The ethiodized oil is a radiopaque polymerizing retardant and will vary the rate of polymerization of n-BCA. The finely ground dark gray metal tantalum powder is used to provide additional radiopacification to the n-BCA + ethiodized oil mixture. The intended use of the Trufill n-Butyl Cyanoacrylate (n-BCA) Liquid Embolic System is as an embolic agent for cerebral arteriovenous malformations. It has no other existing approvals for use in other areas of the body.

## FUTURE CYANOACRYLATE TISSUE ADHESIVE PRODUCTS

The number of reported off-label uses of cyanoacrylate tissue adhesives continues to grow. Similarly, the number of FDA approvals will grow, and new tissue adhesive formulations will be developed to meet these clinical demands. Long-chain cyanoacrylate adhesives may not be the answer for internal use either as a sealant or wound closure because they take years to degrade. The answer may lay in short-chain products, which degrade rapidly but whose toxicity can be neutralized through the use of copolymers. These products would have to maintain some flexibility to suit the clinical situation. Work is being done in this area, but it will be years before a clinical product becomes available. Implantable products that have a greater porosity and allow collagen and fibroblast growth across them would be of great value in wound healing.

In the meantime, manipulation of the current cyanoacrylate tissue adhesive formulations would likely increase and improve their ease of use. Increased viscosity and improved applicators have and will improve the application and control of these adhesives, achieving better results.

Cyanoacrylate tissue adhesive technology is growing rapidly. The currently available products for wound treatment are just the tip of the iceberg. The goal of this chapter is to familiarize physicians with the technology of cyanoacrylate tissue adhesives and the proper use of the currently available products for wound closure. Hopefully, it will also serve as a foundation for understanding the new products that are likely to appear over the next several years.

# REFERENCES

1. Coover HN, Joyner FB, Sheere NH. Chemistry and performance of cyanoacrylate adhesive. J Soc Plast Surg Eng 1959;15:5–6.

2. Houston S, Hodge JW Jr, Ousterhout DK, Leonard F. The effect of alpha-cyanoacrylates on wound healing. J Biomed Mater Res 1969;3:281–9.

3. Toriumi DM, Raslam WF, Freidman M, et al. Variable histotoxicity of Histoacryl when used in a subcutaneous site: an experimental study. Laryngoscope 1991;101:339–43.

4. Kung H. Evaluation of the undesirable side effects of the surgical use of Histoacryl glue with special regard to possible carcinogenicity. Basel (Switzerland): RCC Institute for Contract Research; 1986. Project 064315.

5. Keng TM, Bucknall TE. A clinical trial of tissue adhesive in skin closure of groin wounds. Med J Malaysia 1989;44:122–8.

6. Mizrahi S, Bickel A, Ben-Layish EB. Use of tissue adhesives in the repair of lacerations in children. J Pediatr Surg 1988;23:312–3.

7. Galil KA, Shofield ID, Wright GD. Effect of n-butyl-2-cyanoacrylate (Histoacryl Blue) on the healing of skin wounds. J Can Dent Assoc 1984;50:565–9.

8. Leonard F. The n-alkylalphacyanoacrylate tissue adhesives. Ann N Y Acad Sci 1968;146:203–13.

9. Matsumoto T, Hardaway RM III, Heisterkamp CA III, et al. Higher homologous cyanoacrylate tissue adhesives in surgery of internal organs. Arch Surg 1967;94:861–4.

10. Matsumoto T, Pani KC, Hardaway RM, Leonard F. n-Alkyl-alpha-cyanoacrylate monomers in surgery. Speed of polymerization and method of their application. Arch Surg 1967;94:153–6.

11. Wade CW, Leonard F. Degradation of poly(methyl 2-cyanoacrylates). J Biomed Mater Res 1972;6:215–20.

12. Pani KC, Gladieux G, Brandes G, et al. The degradation of n-butyl alpha-cyanoacrylate tissue adhesive. II. Surgery 1968;63:481–9.

13. Woodward SC, Herrman JB, Cameron JL, et al. Histotoxicity of cyano-acrylate tissue adhesive in the rat. Ann Surg 1965;162:113.

14. Ousterhout DK, Gladieux GV, Leonard F. Cutaneous absorption of n-alkyl alpha-cyanoacrylate. J Biomed Mater Res 1968;2:157–63.

15. Wang AA, Martin CH. Full-thickness skin necrosis of the fingertip after application of superglue. J Hand Surg [Am] 2003;28:696–8.

16. Ousterhout DK, Gladieux GV, Wade CW, et al. Digestive tract absorption of alkyl alpha-cyanoacrylate-beta-14-C. Oral Surg Oral Med Oral Pathol 1969;27:410–6.

17. Quinn JV, Osmond MH, Yurack JA, Moir PJ. n-2 Butylcyanoacrylate: risk of bacterial contamination with an appraisal of its antimicrobial effects. J Emerg Med 1995;13:581–5.

and performance of
959;15:5–6.

F. The effect of alpha-
er Res 1969;3:281–9.

iable histotoxicity of
n experimental study.

ts of the surgical use
ible carcinogenicity.
act Research; 1986.

adhesive in skin clo-
4:122–8.

dhesives in the repair
;23:312–3.

utyl-2-cyanoacrylate
ds. J Can Dent Assoc

adhesives. Ann N Y

CA III, et al. Higher
n surgery of internal

rd F. n-Alkyl-alpha-
f polymerization and
94:153–6.

yl 2-cyanoacrylates).

gradation of n-butyl
y 1968;63:481–9.

istotoxicity of cyano-
965;162:113.

eous absorption of n-
es 1968;2:157–63.

s of the fingertip after
003;28:696–8.

Digestive tract absorp-
Oral Surg Oral Med

2 Butylcyanoacrylate:
aisal of its antimicro-

18. Quinn JV, Ramotar K, Osmond MH. The antimicrobial effects of a
    new tissue adhesive. Acad Emerg Med 1996;3:536.

19. Lehman RA, West RL, Leonard F. Toxicity of alkyl 2-cyanoacrylates.
    II. Bacterial growth. Arch Surg 1966;93:447–50.

20. Quinn JV, Maw JL, Ramotar K, et al. Octylcyanoacrylate tissue adhe-
    sive wound repair versus suture wound repair in a contaiminated
    wound model. Surgery 1997;122:69–72.

21. Reiter A. [Induction of sarcomas by the tissue-binding substance His-
    toacryl Blue in the rat]. Z Exp Chir Transplant Kunstliche Organe
    1987;20(1):55–60.

22. Oppenheimer ET, Willhite M, Danismefski I, Stout AT. Observation of
    the effects of powder polymers in carcinogen production. Cancer
    Res 1961;21:132–4.

23. Oppenheimer BS, Oppenheimer, ET, Stout AP, et al. The latent period
    in carcinogenesis by plastics in rats and its relation to the presarco-
    matous stage. Cancer 1958;11:204–13.

24. Oppenheimer ET. Autoradiographic studies on the connective tissue
    pocket formed around imbedded plastics. Cancer Res 1960;20:654–7.

25. Reno FE. Carcinogenicity testing. In: Williams P, Hottendorf G, edi-
    tors. Comprehensive toxicology. Oxford (UK): Elsevier Science Ltd;
    1997. p. 2.

26. Matsumoto T, Heisterkamp CA III. Long-term study of aerosol cyano-
    acrylate tissue adhesive spray: carcinogenicity and other untoward
    effects. Am Surg 1969;35:825–7.

27. Matsumoto T. Carcinogenesis and cyanoacrylate adhesives. JAMA
    1967;202:1057.

28. Hallock GG. Expanded applications for octyl-2-cyanoacrylate as a tis-
    sue adhesive. Ann Plast Surg 2001;46:185–9.

29. Olsson SE, Rietz KA. Polymer osteosynthesis. II. An experimental study
    with methyl 2- cyanoacrylate (Eastman 910 adhesive) in bone graft-
    ing. Acta Chir Scand Suppl 1966;367:4–19.

30. Kaufman RS. The use of tissue adhesive (isobutyl cyanoacrylate) and
    topical steroid (0.1 percent dexamethasone) in experimental tym-
    panoplasty. Laryngoscope 1974;84:793–804.

31. Smyth GD, Kerr AG. Histoacryl (butyl cyanoacrylate) as an ossicular
    adhesive. J Laryngol Otol 1974;88:539–42.

32. Maw JL, Kartush JM. Ossicular chain reconstruction using a new tis-
    sue adhesive. Am J Otol 2000;21:301–5.

33. Maw JL, Kartush JM, Bouchard K, Raphael Y. Octylcyanoacrylate: a
    new medical-grade adhesive for otologic surgery. Am J Otol
    2000;21:310–4.

34. Papadakis N, Mark VH. Repair of spinal cerebrospinal fluid fistula
    with the use of a tissue adhesive: technical note. Neurosurgery
    1980;6:63–5.

35. Lunderquist A, Borjesson B, Owman T, Bengmark S. Isobutyl 2-cyano-acrylate (bucrylate) in obliteration of gastric coronary vein and esophageal varices. AJR Am J Roentgenol 1978;130:1–6.

36. Akers WA, Leonard F, Ousterhout DK, Cortese TA Jr. Treating friction blisters with alkyl-cyanoacrylates. Arch Dermatol 1973;107:544–7.

37. Herod EL. Cyanoacrylates in dentistry: a review of the literature. J Can Dent Assoc 1990;56:331–4.

38. Collins JA, James PM, Levitsky SA, et al. Cyanoacrylate adhesives as topical hemostatic aids. II. Clinical use in seven combat casualties. Surgery 1969;65:260–3.

39. Couvreur P. Polyalkylcyanoacrylates as colloidal drug carriers. Crit Rev Ther Drug Carrier Syst 1988;5(1):1–20.

40. Seewald S, Mendoza G, Seitz U, et al. Variceal bleeding and portal hypertension: has there been any progress in the last 12 months? Endoscopy 2003;35:136–44.

41. Jasmin JR, Muller-Giamarchi M, Jonesco-Benaiche N. Local treatment of minor aphthous ulceration in children. ASDC J Dent Child 1993;60:26–8.

42. Kutcher MJ, Ludlow JB, Samuelson AD, et al. Evaluation of a bioad-hesive device for the management of aphthous ulcers. J Am Dent Assoc 2001;132:368–76.

43. Kutcher M. Evaluating the efficacy of 2-octyl cyanoacrylate bioadhe-sive for treatment of oral ulcerations. Compend Contin Educ Dent Suppl 2001;32:12–6.

44. Quinn JV, Wells GA, Sutcliffe T, et al. A randomized trial comparing octylcyanoacrylate tissue adhesive and sutures in the management of lacerations. JAMA 1997;277:1527–30.

45. Quinn JV, Drzewiecki A, Li MM, et al. A randomized, controlled trial comparing a tissue adhesive with suturing in the repair of pediatric facial lacerations. Ann Emerg Med 1993;22:1130–5.

46. Singer AJ, Hollander JE, Valentine SM, et al. Prospective randomized controlled trial of a new tissue adhesive (2-octylcyanoacrylate) ver-sus standard wound closure techniques for laceration repair. Acad Emerg Med 1998;5:94–8.

47. Bruns TB, Robinson BS, Smith RJ, et al. A new tissue adhesive for lac-eration repair in children. J Pediatr 1998;132:1067–70.

48. Maw JL, Quinn JV, Wells GA, et al. A prospective comparison of octyl-cyanoacrylate tissue adhesive and sutures for the closure of head and neck incisions. J Otolaryngol 1997;26:26–30.

49. Matin SF. Prospective randomized trial of skin adhesive versus sutures for closure of 217 laparoscopic port-site incisions. J Am Coll Surg 2003;196:845–53.

50. Singer AJ, Quinn JV, Clark RE, Hollander JE. Closure of lacerations and incisions with octylcyanoacrylate: a multicenter randomized

controlled trial. Surgery 2002;131:270–6.

51. Hollander JE, Singer AJ. Application of tissue adhesive: rapid attainment of proficiency. Acad Emerg Med 1998;5:1012–7.

52. Lin M, Coates WC, Lewis RJ. Tissue adhesive skills study: the physician learning curve. Pediatr Emerg Care 2004;20:219–23.

53. Singer AJ, Giordano P, Fitch JL, et al. Evaluation of a new high-viscosity octylcyanoacrylate tissue adhesive for laceration repair: a randomized, clinical trial. Acad Emerg Med 2003;10:1134–7.

54. Hunt TK. The physiology of wound healing. Ann Emerg Med 1988;17:1274.

55. Hunt TK, Van Winkle W Jr. Normal repair. In Hunt TK, editor. Fundamentals of wound management. New York: Appleton-Century-Croft; 1979.

56. Jackson DS, Rovee DT. Current concepts in wound healing: research and theory. J Enterostom Ther 1988;15:133.

57. Schauerhamer RA, Edlich RF, Panek P, et al. Studies in the management of the contaminated wound. VII. Susceptibility of surgical wounds to postoperative surface contamination. Am J Surg 1971;122:74–7.

58. Hunt TK. Anaerobic metabolism and wound healing: a hypothesis for the initiation and cessation of collagen synthesis in wounds. Am J Surg 1978;138:238.

59. Carrico TJ, Mehrof AI, Cohen IK. Biology of wound healing. Surg Clin North Am 1984;64:721–33.

60. Douglas DM, Forrester JC, Ogilvie RR. Physical stages of collagen in later stages of wound healing. Br J Surg 1969;56:219–22.

61. Pickett BP, Burgess LP, Livermore GH, et al. Wound healing. Tensile strength vs healing time for wounds closed under tension. Arch Otolaryngol Head Neck Surg 1996;122:565–8.

62. Yamamoto LG. Preventing adverse events and outcomes encountered using Dermabond. Am J Emerg Med 2000;18:511–5.

63. Noordiz JP, Foresman PA, Rodeheaver GT, et al. Tissue adhesive wound repair revisited. J Emerg Med 1994;12:645–9.

64. Yaron M, Halperin M, Huffer W, Cairns C. Efficacy for tissue glue repair in an animal model. Acad Emerg Med 1995;2:259–63.

65. Saxena AK, Willital GH. Octylcyanoacrylate tissue adhesive in the repair of pediatric extremity lacerations. Am Surg 1999;65:470–2.

66. Steiner Z, Mogilner J. [Histoacryl vs Dermabond cyanoacrylate glue for closing small operative wounds]. Harefuah 2000;139:409–11, 496.

67. Edlich RF, Rodeheaver GT, Morgan RF, et al. Principles of emergency wound management. Ann Emerg Med 1988;17:1284–302.

68. Cardany CR, Rodheaver G, Edgerton MT, Edlich RF. The crush injury: a high risk wound. JACEP 1976;5:965–70.

69. Kligman AM. The bacteriology of normal skin. In: Maibach HI, Hildick-Smith, editors. Skin bacteria and their role in infection. McGraw Hill Book Company; 1965. p. 13–21.

70. Duncan WC, McBride ME, Knox JM. Experimental production for cutaneous bacterial infection in humans. J Invest Dermatol 1970;54:319–23.

71. Hollander JE, Singer AJ, Valentine S, et al. Wound registry: development and validation. Ann Emerg Med 1995;25:675–85.

72. Ellis GL. Detection of soft tissue foreign bodies by plain radiography, xerography, computerized axial tomography, and ultrasonography. Ann Emerg Med 1989;18:161.

73. Waldbillig DK, Quinn JV, Stiell IG, Wells GA. Randomized double blind controlled trial comparing room temperature and heated lidocaine for digital nerve block. Ann Emerg Med 1995;26:677–81.

74. Brogan GX, Giarrusso E, Hollander JE, et al. Comparison of plain, warmed, and buffered lidocaine for anesthesia of traumatic wounds. Ann Emerg Med 1995;26:121–5.

75. Schilling CG, Bank DE, Borchert BA, et al. Tetracaine, epinephrine (adrenaline), and cocaine (TAC) vs lidocaine, epinephrine, and tetracaine (LET) for anesthesia of lacerations in children. Ann Emerg Med 1995;25:203–8.

76. Powell DM, Rodeheaver GT, Foresman PA, et al. Damage to tissue defences by EMLA cream. J Emerg Med 1991;9:205.

77. Zempsky WT, Karasic RB. EMLA vs TAC for topical anesthesia of extremity wounds in children. Ann Emerg Med 1997;30:163–6.

78. Dailey RH. Fatality secondary to misuse of TAC solution. Ann Emerg Med 1988;17:159.

79. LET preparation. Am J Health-Syst Pharm 1996;53:659.

80. Seropian R, Reynolds BM. Wound infections after preoperative depilation versus razor preparation. Am J Surg 1971;121:251–4.

81. Faddis D, Daniel D, Boyer J. Tissue toxicity of antiseptic solutions. A study of rabbit articular and periartical tissues. J Trauma 1977;17:895–7.

82. Oberg MS, Lindsey D. Do not put hydrogen peroxide or povidone iodine into wounds. J Trauma 1980;20:323–4.

83. Hollander JE, Richman PB, Werblud M, et al. Irrigation in facial and scalp lacerations: does it alter outcome? Ann Emerg Med 1998;31:73–7.

84. Moscati R, Mayrose J, Fincher L, Jehle D. Comparison of normal saline with tap water for wound irrigation. Am J Emerg Med 1998;16:379–81.

85. Moscati RM, Reardon RF, Lerner EB, Mayrose J. Wound irrigation with tap water. Acad Emerg Med 1998;5:1076–80.

86. Bansal BC, Wiebe RA, Perkins SD, Abramo TJ. Tap water for irriga-

In: Maibach HI,
role in infection.

al production for
Invest Dermatol

registry: develop-
75–85.

plain radiography,
ultrasonography.

andomized double
re and heated lido-
995;26:677–81.

mparison of plain,
traumatic wounds.

caine, epinephrine
epinephrine, and
ildren. Ann Emerg

Damage to tissue
205.

pical anesthesia of
1997;30:163–6.

lution. Ann Emerg

3:659.

reoperative depila-
21:251–4.

septic solutions. A
issues. J Trauma

oxide or povidone

ation in facial and
Ann Emerg Med

parison of normal
Am J Emerg Med

Wound irrigation
80.

p water for irriga-

tion of lacerations. Am J Emerg Med 2002;20:469–72.

87. Dire DJ, Welsh AP. A comparison of wound irrigation solutions used in the emergency department. Ann Emerg Med 1990;19:704–8.

88. Singer AJ, Hollander JE, Subramanian S, et al. Pressure dynamics of various irrigation techniques commonly used in the emergency department. Ann Emerg Med 1994;24:36–40.

89. Wray CR. Force required for wound closue and scar appearance. Plast Reconstr Surg 1983;72:380–2.

90. Thacker JG, Iachetta FA, Allaire PE, et al. Biomechanical properties—their influence on planning surgical incisions. In: Krizek TJ, Hoops PE, editors. Symposium on basic science in plastic surgery. Vol 15. CV Mosby; 1975. p. 72–9.

91. Phillips LG, Heggers JP. Layered closure of lacerations. Postgrad Med 1988;83:142–8.

92. Traub AC QF. Cutaneous wound closure: early staple removal and replacement by skin tapes. Contemp Surg 1981;18.

93. Mehta PH, Dunn KA, Bradfield JF, Austin PE. Contaminated wounds: infection rates with subcutaneous sutures. Ann Emerg Med 1996;27:43–8.

94. Rouvelas H, Saffra N, Rosen M. Inadvertent tarsorrhaphy secondary to Dermabond. Pediatr Emerg Care 2000;16:346.

95. Leahy AB, Gottsch JD, Stark WJ. Clinical experience with n-butyl-cyanoacrylate (Nexacryl) tissue adhesive. Ophthalmology 1993;100:173–8.

96. Mertz PM, Davis SC, Cazzaniga AL, et al. Barrier and antibacterial properties of 2-octyl cyanoacrylate-derived wound treatment films. J Cutan Med Surg 2003;7:1–6.

97. Bhende S, Rothenburger S, Spangler DJ, Dito M. In vitro assessment of microbial barrier properties of Dermabond topical skin adhesive. Surg Infect (Larchmt) 2002;3:251–7.

98. Toriumi DM, O'Grady K, Desai D, Bagal A. Use of octyl-2-cyanoacrylate for skin closure in facial plastic surgery. Plast Reconstr Surg 1998;102:2209–19.

99. Osmond MH, Klassen TP, Quinn JV. Economic comparison of a tissue adhesive and suturing in the repair of pediatric facial lacerations. J Pediatr 1995;126:892–5.

100. Quinn J, Lowe L, Mertz M. The effect of a new tissue-adhesive wound dressing on the healing of traumatic abrasions. Dermatology 2000;201:343–6.

101. Singer A, Berrutti L, Thode HJ, McClain S. Octylcyanoacrylate for the treatment of partial-thickness burns in swine: a randomized, controlled experiment. Acad Emerg Med 1999;6:688–92.

102. Singer A, Berrutti L, McClain S. Comparative trial of octyl-cyano-acrylate and silver sulfadiazine for the treatment of full-thickness

skin wounds. Wound Repair Regen 1999;7:356–61.

103. Singer AJ, Mohammad M, Tortora G, et al. Octylcyanoacrylate for the treatment of contaminated partial-thickness burns in swine: a randomized controlled experiment. Acad Emerg Med 2000;7:222–7.

104. Singer A, Thode H Jr, McClain S. The effects of octylcyanoacrylate on scarring after burns. Acad Emerg Med 2001;8:107–11.

105. Singer AJ, Nable M, Cameau P, et al. Evaluation of a new liquid occlusive dressing for excisional wounds. Wound Repair Regen 2003;11:181–7.

106. Mertz PM, Davis SC, Cazzaniga AL, et al. Barrier and antibacterial properties of 2-octyl cyanoacrylate-derived wound treatment films. J Cutan Med Surg 2003;7:1–6.

107. n-Butyl cyanoacrylate embolization of cerebral arteriovenous malformations: results of a prospective, randomized, multi-center trial. AJNR Am J Neuroradiol 2002;23:748–55.

108. Suh DC, Kim KS, Lim SM, et al. Technical feasibility of embolizing aneurysms with glue (n-butyl 2-cyanoacrylate): experimental study in rabbits. AJNR Am J Neuroradiol 2003;24:1532–9.