**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CHEMENCE MEDICAL PRODUCTS, )
INC., and CHEMENCE, INC., )
                                            )
    Plaintiffs/Counterclaim-Defendants,)
                                            )
    v.                                        ) Case No. 1:11-cv-1366-CAP
                                            )
JAMES QUINN, M.D.               )
                                            )
    Defendant/Counterclaim-Plaintiff    )
                                            )

**JUDGMENT ON JURY VERDICT**

This action having duly come on for trial before the Court and a jury, concluding on March 11, 2016; the Court having directed the jury to find a special verdict on all of the issues tried; and the jury having, on March 11, 2016, found such verdict, which was filed with the clerk of this court on the same date, it is hereby Ordered:

1. That James Quinn, M.D., recover from Chemence, Inc., and Chemence Medical, Inc., f/k/a Chemence Medical Products, Inc., jointly and severally, the amount of Eight Million, Six Hundred and Eighty Thousand, Seven Hundred, Eighty-One Dollars and Zero Cents

($8,680,781.00), with interest at the contractual rate of 1% per month, along with costs;

2. That, in all respects, the Court hereby adopts the findings of the jury on the Special Verdict Form as the Judgment of the Court. This Judgment shall serve as a declaration as the rights of the parties as to each issue found by the jury in its Verdict, consisting of all findings on the Special Verdict Form of March 11, 2016 [Doc. 591];

3. That, the jury having found that the Chemence parties brought their trade secrets claim in bad faith, the Court will consider a motion for attorneys' fees under Federal Rules of Civil Procedure, Rule 54(d)(2) and LR 54.2 at the appropriate time; and

4. That Plaintiffs/Counterclaim-Defendants Chemence Medical Products, Inc., and Chemence, Inc., shall recover nothing.

SO ORDERED this 18th day of _____ March _____, 2016.

*Traci Clements Campbell*
Clerk of Court

APPROVED, pursuant to Federal Rules of Civil Procedure, Rule 58(b)(2), this ____ day of _____, 2016.

2

3

_____
HON. CHARLES A. PANNELL, JR.
Judge, United States District Court
Northern District of Georgia