## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **CHEMENCE MEDICAL PRODUCTS, INC., and CHEMENCE, INC.,** | ) ) ) |
| **Plaintiffs/Counterclaim-Defendants,** | ) ) |
| **v.** | ) **Case No. 1:11-cv-1366-CAP** |
| **JAMES QUINN, M.D.** | ) ) ) |
| **Defendant/Counterclaim-Plaintiff** | ) ) |
| | ) |

## CONSENT ORDER AMENDING JUDGMENT

This action is before the Court on James Quinn, M.D.'s Motion for Attorneys' Fees [Doc. 601]. Pursuant to the Parties' Joint Stipulation, filed January 6, 2017 [Doc. 667], and this Court's subsequent Order [Doc. 668], the Parties submit this Consent Order Amending Judgment, showing the Court that the agreed-upon amount for Dr. Quinn's attorneys' fees recovery is Eighty-Six Thousand, Eight Hundred, Eight Dollars and Zero Cents ($86,808.00).

Accordingly, it is hereby ordered:

1.      That the Amended Judgment on Jury Verdict, entered on September 20, 2016 [Doc. 655], is hereby amended to award Dr. Quinn Eighty-Six Thousand,

Eight Hundred, Eight Dollars and Zero Cents ($86,808.00) in attorney's fees, interest to run at the federal post-judgment rate from the date of this Order;

2.    That in all other respects, the Amended Judgment on Jury Verdict [Doc. 655] remains in effect as the judgment of this Court.

SO ORDERED this 8th day of ___JUNE_____, 2017.


/s/CHALRES A. PANNELL, JR.
_____
HON. CHARLES A. PANNELL, JR.
Judge, United States District Court
Northern District of Georgia


Submitted and consented to by:

**OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP**

*/s/ M. Michael Egan*
M. Michael Egan
Georgia Bar No. 242050
egan@og-law.com

*/s/ Derrick L. Bingham*
Derrick L. Bingham
Georgia Bar No. 141217
bingham@og-law.com

***Counsel for James Quinn, M.D.***

1180 Peachtree Street, N.E.
Suite 3000

2